WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ali Naeem Al-Zaidy,<br><br>　　　　Petitioner,<br><br>v.<br><br>Charles L Ryan, et al.,<br><br>　　　　Respondents. | No. CV-17-01052-PHX-JAT<br><br>**ORDER** |

Pending before the Court is the Report and Recommendation from the Magistrate Judge (Doc. 17). Neither party has objected to the Report and Recommendation. *See generally Thomas v. Arn*, 474 U.S. 140, 149 (1985) (district courts are not required to conduct "any review at all . . . of any issue that is not the subject of an objection."). Accordingly,

**IT IS ORDERED** that the Report and Recommendation (Doc. 17) is accepted and adopted. Petitioner's motion to stay (Doc. 15) is denied. Respondent's motion to dismiss (Doc. 13) is granted. The Clerk of the Court shall transfer the Amended Petition (Doc. 6) to the Ninth Circuit Court of Appeals as a second or successive petition. The Clerk of the Court shall close this case before this Court.

Dated this 17th day of January, 2018.

James A. Teilborg
Senior United States District Judge